```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAULINO AGUIRRE, *individually and on behalf of all others similarly situated*,

                      Plaintiff,

  -against-

GIANFRANCO PIZZERIA & RESTAURANT, INC., and ANGELO CARILLO,

                      Defendants.

No. 20-cv-9311 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

      The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within sixty (60) days. Any pending motions are DISMISSED as moot, and all conferences are CANCELLED.

      The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 60 days with a request that the agreement be "so ordered" by the Court.

Dated:  February 11, 2021
          White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge