USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
PAULINO AGUIRRE, individually and on behalf of all others similarly situated,

                                                Plaintiff,              Case No.: 7:20-cv-09311

                                                -against-

GIANFRANCO PIZZERIA & RESTAURANT, INC. and
ANGELO CARILLO,

                                                Defendants.
-------------------------------------------------------------------X

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**WHEREAS,** on November 5, 2020, plaintiff Paulino Aguirre ("Plaintiff") filed a Complaint against defendants, Gianfranco Pizzeria & Restaurant, Inc. ("Gianfranco Pizzeria") and Angelo Carillo (collectively, "Defendants" and, collectively with Plaintiff, the "Parties") asserting claims pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA") and the New York Labor Law ("NYLL");

**WHEREAS,** the Parties reached a settlement of this action and Plaintiff's claims through arms-length negotiations and have entered into a Settlement Agreement and Release, filed on the Court's docket (the "Agreement"), formally memorializing the Parties' settlement; and

**WHEREAS,** the terms of the Agreement, which are incorporated herein by reference, have been reviewed and scrutinized by the Court and are approved and considered a fair and reasonable resolution of, *inter alia*, a bona fide dispute over a provision or provisions of the FLSA and NYLL;

**WHEREAS,** the Court shall retain jurisdiction to enforce the terms of the Agreement, the dismissal is subject to Plaintiff's motion to reopen the case and/or enforce the Agreement;

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the Parties, and ordered by this Court, that this action be hereby dismissed and

discontinued in its entirety, with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. A copy of the signatures on this Stipulation serve the same purposes as an original signature.

Dated: New York, New York
~~March __, 2021~~
November 12, 2021

KATZ MELINGER PLLC

By _____
~~Nicola Chiotta~~ Katherine Morales
280 Madison Avenue, Suite 600
New York, New York 10016
(212) 460-0047
nciliotta@katzmelinger.com
*Attorneys for Plaintiff*

Dated: White Plains, New York
~~March __, 2021~~
November 12, 2021

RANERI, LIGHT & O'DELL PLLC

By _____
Michael J. Raneri
150 Grand Street, Suite 502
White Plains, New York 10601
(914) 948-5525
mjraneri@rlslawoffice.com
*Attorneys for Defendants*

So Ordered:

_____
Honorable Nelson S. Román
United States District Judge

DATED: January 7, 2022
White Plains, NY